## DARYL FLETCHER *v.* COMMISSIONER OF CORRECTION

The petitioner Daryl Fletcher's petition for certification for appeal from the Appellate Court, 92 Conn. App. 245 (AC 25722), is denied.

*Sebastian O. DeSantis*, special public defender, in support of the petition.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, in opposition.

Decided January 11, 2006

## ALBERTO NIEVES *v.* COMMISSIONER OF CORRECTION

The petitioner Alberto Nieves' petition for certification for appeal from the Appellate Court, 92 Conn. App. 534 (AC 25814), is denied.

*Auden Grogins*, special public defender, in support of the petition.

*Sarah Hanna*, assistant state's attorney, in opposition.

Decided January 11, 2006

## REGINA M. PROKOSKI *v.* STATE BOARD OF FIREARMS PERMIT EXAMINERS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 92 Conn. App. 905 (AC 26822), is denied.

*Regina M. Prokoski*, pro se, in support of the petition.

Decided January 11, 2006